**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christine T. Deshler<br>fka Christine T. Budihas<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-17044 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A and index same on the master mailing list.

                                          Respectfully submitted,
                                          **/s/ Rebecca A. Solarz, Esq**
                                          Rebecca A Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322