B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Eastern__ District Of __Pennsylvania__

In re _Christine T. Deshler_____,    Case No. _18-17044-ref_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known): 2-1
Amount of Claim: $ 164,739.63
Date Claim Filed: January 2, 2019

Phone: 800-561-4567
Last Four Digits of Acct #: 9318

Phone: 1-866-243-5851
Last Four Digits of Acct. #: 6903

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Phone: 800-561-4567
Last Four Digits of Acct #: 9318

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Bon/_____    Date: January 24, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 1/31/2019, I served the within Transfer of Claim Other than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Christine T Deshler
1934 Harold Avenue
Allentown, PA 18104

Marc Kranson
Marc Kranson Esquire
523 Walnut Street
Allentown, PA 18101

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 1/31/2019 at Woodland Hills, California.

/s/Roger Soria