**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Christine T. Deshler                          :

                                                  : Chapter 7

                                                  :

                                                  : Bankruptcy No. 18-17044REF


       I, Christine T. Deshler, hereby certify that my sole sources of income are social security retirement and pension benefits.  My monthly social security benefits is $1708.00 and my monthly pension benefit is $360.00.  Accordingly, I am not required to file either federal or state income tax returns.

       I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.


Date:  3/21/2019                          Debtor  /s/Christine T. Deshler_____