UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christine T. Deshler          :
                                      :  CHAPTER 13
                                      :
        Debtor                        :  BKRTCY. NO.  18-17044 ref

## ADDENDUM TO SECOND AMENDED PLAN

TO THE CLERK OF SAID COURT:

## Part 2: Payment and Length of Plan

**§ 2(a)(1) Initial Plan:**

**Total Base Amount to be paid to the Chapter 13 Trustee ("Trustee") $ 33,984.71**

Debtor shall pay the Trustee $ 691.02 per month for  5  months; and

Debtor shall pay the Trustee $ 538.90 per month for  4  months.

Debtor shall pay the Trustee $ 553.19 per month for  51  months.

☐ Other changes in the scheduled plan payment are set forth in § 2(d)

**§ 2(a)(2) Amended Plan:**

**Total Base** Amount to be paid to the Chapter 13 Trustee ("Trustee") $3058.62

The Plan payments by Debtor shall consists of the total amount previously paid $4,155.00 added to the new monthly Plan payments in the amount of **$553.19 beginning September  for 51 months.**

       /s/ Marc Kranson
MARC KRANSON, ESQUIRE
Attorney for Debtor
523 Walnut Street
Allentown, PA  18101
610 432-0720
Atty. I.D. No. 17323