**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> **CHRISTINE T. DESHLER** <br> **F/K/A CHRISTINE T. BUDIHAS** <br>            **Debtor** <br><br> **JPMC SPECIALTY MORTGAGE LLC** <br>            **Movant** <br>            **v.** <br> **CHRISTINE T. DESHLER** <br> **F/K/A CHRISTINE T. BUDIHAS** <br>            **Respondent** | : <br> :   **BK. No. 18-17044-amc** <br> : <br> :   **Chapter No. 13** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## PRAECIPE TO WITHDRAW THE OBJECTION TO PLAN

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Objection to Plan, filed on January 22, 2019, Docket Entry 15.

                                    Respectfully submitted,

                                    /s/ Thomas Song, Esquire
                                    Thomas Song, Esq., Id. No.89834
                                    Phelan Hallinan Diamond & Jones, LLP
                                    1617 JFK Boulevard, Suite 1400
                                    One Penn Center Plaza
                                    Philadelphia, PA 19103
                                    Phone Number: 215-563-7000 Ext 31387
                                    Fax Number: 215-568-7616
                                    Email: Thomas.Song@phelanhallinan.com

August 7, 2019

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**CHRISTINE T. DESHLER**<br>**F/K/A CHRISTINE T. BUDIHAS**<br>              **Debtor**<br><br>**JPMC SPECIALTY MORTGAGE LLC**<br>              **Movant**<br>              v.<br>**CHRISTINE T. DESHLER**<br>**F/K/A CHRISTINE T. BUDIHAS**<br>              **Respondent** | BK. No. 18-17044-amc<br><br>Chapter No. 13 |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
## THE OBJECTION TO PLAN

      I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Objection to Plan on the parties at the addresses shown below or on the attached list on August 7, 2019.

SCOTT WATERMAN, ESQUIRE (TRUSTEE)
2901 ST LAWRENCE AVE, SUITE 100
READING, PA 19606

MARC KRANSON, ESQUIRE
523 WALNUT STREET
ALLENTOWN, PA 18101

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

CHRISTINE T. DESHLER
F/K/A CHRISTINE T. BUDIHAS
1934 HAROLD AVENUE
ALLENTOWN, PA 18104

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                                          /s/ Thomas Song, Esquire
                                          Thomas Song, Esq., Id. No.89834
                                          Phelan Hallinan Diamond & Jones, LLP
                                          1617 JFK Boulevard, Suite 1400
                                          One Penn Center Plaza
                                          Philadelphia, PA 19103
                                          Phone Number: 215-563-7000 Ext 31387
                                          Fax Number: 215-568-7616
                                          Email: Thomas.Song@phelanhallinan.com

August 7, 2019

**PHELAN HALLINAN DIAMOND & JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Thomas Song, Esquire
BANKRUPTCY ATTORNEY

Representing Lenders in Pennsylvania

8/7/2019

MARC KRANSON, ESQUIRE
523 WALNUT STREET
ALLENTOWN, PA 18101

**Movant:**   JPMC SPECIALTY MORTGAGE LLC
**Re:**        CHRISTINE T. DESHLER F/K/A CHRISTINE T. BUDIHAS
              Bankruptcy No.: 18-17044-amc

Dear Counselor:

   Enclosed please find a copy of the Praecipe to Withdraw the Objection to Plan, the original of which has been filed with Bankruptcy Court in the above-referenced matter.

Very truly yours,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com
enc

cc:   CHRISTINE T. DESHLER F/K/A CHRISTINE T. BUDIHAS
      SCOTT WATERMAN, ESQUIRE (TRUSTEE)
      UNITED STATES TRUSTEE
      CARRINGTON MORTGAGE SERVICES, LLC (ANAHEIM, CA)
      ATTENTION: BANKRUPTCY DEPARTMENT
      ACCOUNT NO.: XXXXXX9318

This firm is a debt collector attempting to collect a debt.  Any information received will be used for that purpose.  If you have received a discharge in bankruptcy, this is not and should not be construed as an attempt to collect a debt.  We are only proceeding against the real estate secured by the mortgage.

MARC KRANSON, ESQUIRE
523 WALNUT STREET
ALLENTOWN, PA 18101

CHRISTINE T. DESHLER
F/K/A CHRISTINE T. BUDIHAS
1934 HAROLD AVENUE
ALLENTOWN, PA 18104