United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 18-17044-amc
Christine T Deshler                                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR           Page 1 of 1           Date Rcvd: Sep 19, 2019
                          Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
db             +Christine T Deshler,    1934 Harold Avenue,    Allentown, PA 18104-1550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    South Whitehall Township Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              MARC   KRANSON    on behalf of Debtor Christine T Deshler mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARIO J. HANYON    on behalf of Creditor    JPMC Specialty Mortgage LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMC Specialty Mortgage LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine T Deshler
       Debtor(s)

Chapter: 13

Bankruptcy No: 18−17044−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 19th day of September 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                  Ashely M. Chan
                                  Judge ,
                                  United States Bankruptcy Court

                                                      34
                                                  Form 155