UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTINE T. DESHLER            : Chapter 13

                                         : Bankruptcy No.18-17044AMC

            Debtor                   :

## **CERTIFICATE OF NO RESPONSE**

I, Marc Kranson, Esquire, do hereby certify that the following creditors were served via U.S. mail or electronically with Notice, Order, Application for Compensation, Exhibit A and Certificate of Service by first class U.S. mail, postage, pre-paid or electronically on October 17, 2019 on the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA  19107<br>*(via electronic mail)* | Christine T. Deshler<br>1934 Harold Avenue<br>Allentown, PA 18104<br><br>*(via U.S. Mail)* |
| Scott Waterman, Esquire<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410<br>*(via electronic mail)* | See Attached |

None of the above have filed or served an Answer, Objection or other responsive pleading as of the date of this certification.

Date: 12/02/2019 _____                   By: _/s/ Marc Kranson_____
                                                    MARC KRANSON, ESQUIRE
                                                    Attorney for Debtor
                                                    523 Walnut Street
                                                    Allentown, PA  18101
                                                    610 432-0720

JPMC Specialty Mortgage LLC
1111 Polaris Parkway
Columbus, OH 43240

LVNV Funding LLC
c/o Resurgent Capital
PO Box 10497 MS 576
Greenville, SC 29603

Portnoff Law Associates
2700 Horizon Drive
Suite 100
King of Prussia, PA  19406