UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTINE T. DESHLER           : Chapter 13
                                        : Bankruptcy No.18-17044AMC
         Debtor                         :

## ORDER

AND NOW, in consideration of the Application for Compensation and Reimbursement of Expenses under L.B.F. 2016-2A, and having been duly sent to the creditor(s) by Marc Kranson, Esquire, counsel for Debtor, and having certified to the Court the absence of the filing and servicing of any answer, objection or other responsive pleading or request for hearing, it is hereby

ORDERED AND DECREED that the application is approved in the amount of $3,000.00, $1,510.00 which has been previously paid by Debtors, is APPROVED.

BY THE COURT:

**Date: December 4, 2019**

_____

United States Bankruptcy Judge