United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christine T Deshler  
      Debtor

Case No. 18-17044-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 04, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db        +Christine T Deshler,   1934 Harold Avenue,   Allentown, PA 18104-1550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

        JAMES RANDOLPH WOOD   on behalf of Creditor   South Whitehall Township Authority  
          jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com  
        MARC  KRANSON   on behalf of Debtor Christine T Deshler mgwbankruptcy@yahoo.com,  
          r53506@notify.bestcase.com  
        MARIO J. HANYON   on behalf of Creditor   JPMC Specialty Mortgage LLC paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al  
         bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMC Specialty Mortgage LLC paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
         ECF_FRPA@Trustee13.com  
                                                                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTINE T. DESHLER             : Chapter 13
                                          : Bankruptcy No.18-17044AMC
          Debtor                          :

## ORDER

AND NOW, in consideration of the Application for Compensation and Reimbursement of Expenses under L.B.F. 2016-2A, and having been duly sent to the creditor(s) by Marc Kranson, Esquire, counsel for Debtor, and having certified to the Court the absence of the filing and servicing of any answer, objection or other responsive pleading or request for hearing, it is hereby

ORDERED AND DECREED that the application is approved in the amount of $3,000.00, $1,510.00 which has been previously paid by Debtors, is APPROVED.

BY THE COURT:

**Date: December 4, 2019**

_____
United States Bankruptcy Judge