*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christine T Deshler
    Debtor(s)

Case No: 18−17044−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 1934 Harold Avenue, Allentown, PA 18104. Fee Amount $181.00, Filed by Wilmington Savings Fund Society, FSB, et al Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

45 − 38
Form 167