United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17044-amc
Christine T Deshler                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Feb 06, 2020
                              Form ID: 167             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
```
db              +Christine T Deshler,    1934 Harold Avenue,    Allentown, PA 18104-1550
14253321        +JPMC Specialty Mortgage LLC,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
14226381        +JPMC Specialty Mortgage LLC,    Phelan Hallinan & Schmieg,    1617 John F. Kennedy Boulevard,
                  Suite 1400,    Philadelphia, PA 19103-1814
14218000        +JPMC Specialty Mortgage LLC,    1111 Polaris Parkway,    Columbus, OH 43240-2031
14407009        +Marc Kranson, Esquire,    523 Walnut Street,    Allentown, PA 18101-2395
14218003        +PPL Electric Utilities,    2 North 9th Street CPC-Genn1,    Allentown, PA 18101-1179
14218001        +Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard,    One Penn Center Plaz,    Suite 1400,
                  Philadelphia, PA 19103-1814
14218002        +Portnoff Law Associates,    2700 Horizon Drive,    Suite 100,    King of Prussia, PA 19406-2726
14281861        +South Whitehall Township Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
14265375        +Wilmington Savings Fund Society, FSB,    Servicer-Carrington Mtg Services, LLC,
                  701 Market Street,    Philadelphia, PA 19106-1538
14267021        +Wilmington Savings Fund Society, FSB, et al,    c/o Prober & Raphael, A Law  Corporatio,
                  1600 South Douglass Rd.,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14294825        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:14:29      LVNV Funding, LLC,
                  c/o Resurgent Capital,    PO Box 10497 MS 576,    Greenville, SC 29603-0497
14250816         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:14:04      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +South Whitehall Township Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
cr*             +Wilmington Savings Fund Society, FSB, et al,    c/o Prober & Raphael, A Law  Corporatio,
                  1600 South Douglass Rd.,    Anaheim, CA 92806-5948
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    South Whitehall Township Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              MARC  KRANSON    on behalf of Debtor Christine T Deshler marc81047@yahoo.com
              MARIO J. HANYON    on behalf of Creditor    JPMC Specialty Mortgage LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMC Specialty Mortgage LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christine T Deshler
    Debtor(s)

Case No: 18−17044−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 1934 Harold Avenue, Allentown, PA 18104. Fee Amount $181.00, Filed by Wilmington Savings Fund Society, FSB, et al Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/6/20

Timothy B. McGrath
Clerk of Court

45 − 38
Form 167