IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christine T. Deshler fka Christine T. Budihas<br>Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A<br>Movant<br>vs. | NO. 18-17044 AMC |
| Christine T. Deshler fka Christine T. Budihas<br>Debtor | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor is current on post-petition bankruptcy payments to Movant as of January 1, 2020.

2. Beginning with the payment due February 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,039.01 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

3. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant is authorized to file a Praecipe to re-list and re-schedule the underlying Motion for Relief, originally filed on      November 19, 2019, for a new hearing date.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date:   January 9, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 2/12/20

Marc Kranson, Esquire
Attorney for Debtor

Approved by the Court this 25th day of February, 2020. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan

Date: 2/12/20

Scott F. Waterman, Esquire
Chapter 13 Trustee