# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Christine T. Deshler            : Chapter 13
               Debtor                                               :

                                                        : Case No. 18-17044

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part 1. Certification Regarding Domestic Support Obligations (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    . __XXXX__ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    . _____ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you check the second box, you must provide the information below.*

    My current address:_____

    My current employer and my employer's address _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    .__XXX__ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that or a dependent of mine uses as a residence, claims as a

homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $155,675* in value in the aggregate.

._____I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mines uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:

Date: 3/18/2020                          By: /s/Christine T. Deshler
                                             CHRISTINE T. DESHLER