Certificate Number: 15317-PAE-DE-034270333

Bankruptcy Case Number: 18-17044



15317-PAE-DE-034270333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2020, at 6:56 o'clock AM PDT, Christine Budihas-Deshler completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 24, 2020             By:    /s/Lea Sorino

                                 Name:  Lea Sorino

                                 Title: Counselor