| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-17044-PMM

CHRISTINE T DESHLER
1934 HAROLD AVENUE
ALLENTOWN  PA    18104

Petition Filed Date: 10/24/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 09/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $692.00 | 21300 | 02/05/2019 | $693.00 | 21832 | 03/05/2019 | $692.00 | 22344 |
| 04/03/2019 | $692.00 | 22968 | 06/04/2019 | $539.00 | 24086 | 07/08/2019 | $539.00 | 24657 |
| 08/02/2019 | $539.00 | 25231 | 09/03/2019 | $539.00 | 25789 | 10/01/2019 | $539.00 | 26326 |
| 11/04/2019 | $539.00 | 26885 | 12/31/2019 | $539.00 | 27866 | 02/04/2020 | $539.00 | 28415 |
| 03/13/2020 | $539.00 | 29151 | 04/01/2020 | $500.00 | 17910902963 | 04/01/2020 | $39.00 | 17910902964 |
| 05/05/2020 | $539.00 | 00045359 | 05/26/2020 | $539.00 | 45770 | 06/15/2020 | $539.00 | 46180 |
| 07/21/2020 | $539.00 | 46679 | | | | | | |

**Total Receipts for the Period: $10,315.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,701.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $325.56 | $0.00 | $325.56 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  002 | Mortgage Arrears | $28,590.40 | $8,636.13 | $19,954.27 |
| 3 | SOUTH WHITEHALL TOWNSHIP<br>»»  003 | Secured Creditors | $180.28 | $45.32 | $134.96 |
| 0 | MARC KRANSON ESQ | Attorney Fees | $1,490.00 | $1,490.00 | $0.00 |

**Chapter 13 Case No. 18-17044-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,701.00 | Current Monthly Payment: | $553.19 |
| Paid to Claims: | $10,171.45 | Arrearages: | $709.28 |
| Paid to Trustee: | $1,035.33 | Total Plan Base: | $33,984.69 |
| Funds on Hand: | $494.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.