Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                        P.O. Box 680
Reading, PA  19606                                           Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-17044-PMM

CHRISTINE T  DESHLER                          Petition Filed Date: 10/24/2018
1934 HAROLD AVENUE                            341 Hearing Date: 12/11/2018
ALLENTOWN  PA    18104                        Confirmation Date: 09/19/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $539.00 | 28415 | 03/13/2020 | $539.00 | 29151 | 04/01/2020 | $500.00 | 17910902963 |
| 04/01/2020 | $39.00 | 17910902964 | 05/05/2020 | $539.00 | 00045359 | 05/26/2020 | $539.00 | 45770 |
| 06/15/2020 | $539.00 | 46180 | 07/21/2020 | $539.00 | 46679 | 08/24/2020 | $539.00 | 47357 |
| 09/22/2020 | $560.00 | 47842 | 10/30/2020 | $560.00 | 48506 | 12/07/2020 | $560.00 | 49136 |
| 12/30/2020 | $560.00 | 49564 | 02/02/2021 | $560.00 | 50163 | 03/23/2021 | $560.00 | 50742 |
| 05/04/2021 | $560.00 | 52125 | 06/07/2021 | $560.00 | 52854 | | | |

**Total Receipts for the Period: $8,792.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $16,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $325.56 | $0.00 | $325.56 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $28,590.40 | $13,189.63 | $15,400.77 |
| 3 | SOUTH WHITEHALL TOWNSHIP<br>»» 003 | Secured Creditors | $180.28 | $79.98 | $100.30 |
| 0 | MARC KRANSON ESQ | Attorney Fees | $1,490.00 | $1,490.00 | $0.00 |

**Chapter 13 Case No. 18-17044-PMM**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,720.00 | Current Monthly Payment: | $553.19 |
| Paid to Claims: | $14,759.61 | Arrearages: | $1,222.18 |
| Paid to Trustee: | $1,453.23 | Total Plan Base: | $33,984.69 |
| Funds on Hand: | $507.16 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

---